UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ERVIN D. MARTIN, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:24-cv-00711 |
| ERIC PUTMAN et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Report and Recommendation by former Magistrate Judge Alistair Newbern ("R&R") (Doc. No. 30) recommending that the Court dismiss this case without prejudice under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute and failure to comply with the Court's orders. The R&R also recommends that the Court deny Plaintiff's pending motions requesting additional time to pursue his claims. (Doc. Nos. 28, 29). The R&R, issued on January 2, 2026, notified Plaintiff that any objections must be filed within fourteen days. (Doc. No. 38 at 8). Plaintiff failed to timely file objections.

Because Plaintiff lodged no objections to the R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court ADOPTS the R&R (Doc. No. 30) in its entirety. This case is DISMISSED WITHOUT

PREJUDICE. The pending motions (Doc. Nos. 28 and 29) are DENIED. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE